FLORENCE A. RYAN, Respondent, *v.* CENTRAL NEW YORK TELEPHONE AND TELEGRAPH COMPANY, Appellant.

*Ryan* v. *Central N. Y. Telephone & Tel. Co.*, 121 App. Div. 930, affirmed.
(Argued February 22, 1909; decided March 16, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

October 24, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Louis L. Waters* for appellant.

*Frank C. Sargent* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.